**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
|      *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 16-cv-1658-RCL |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION ) | |
| ) | |
|      *Defendant*. ) | |
| _____) | |

## JOINT STATUS REPORT

Plaintiff Judicial Watch and defendant Federal Bureau of Investigation ("FBI") hereby submit this Joint Status Report in the above-captioned case to facilitate timely resolution of this matter.

On November 21, 2016, defendant FBI made its first production of documents in response to plaintiff's FOIA request. The parties previously agreed that the FBI would process 500 pages for release per month, and to make monthly productions to plaintiff on a rolling basis. Defendant FBI anticipates further productions will be made on or about December 21, 2016 and January 21, 2017, and possibly in subsequent months as well.

Accordingly, the parties believe it is premature to propose a briefing schedule for the filing of dispositive motions in this litigation. However, to ensure the litigation proceeds in an orderly fashion, the parties propose to submit a Joint Status Report no later than 60 days from the date of this filing to advise the Court of the progress made and the parties' adherence or continued agreement to a reasonable schedule for the search and production of documents. The parties are jointly submitting a proposed order with this Joint Status Report in accordance with the above.

For all the foregoing reasons, the parties respectfully request the Court adopt the proposed order.

| | |
|---|---|
| Dated: December 2, 2016 | Respectfully submitted, |
| *s/ Chris Fedeli* | CHANNING D. PHILLIPS |
| Chris Fedeli | United States Attorney |
| **JUDICIAL WATCH, INC.** | |
| 425 Third Street SW, Suite 800 | DANIEL F. VAN HORN |
| Washington, DC 20024 | Chief, Civil Division |
| (202) 646-5185 | |
| cfedeli@judicialwatch.org | *s/ Benton Peterson* |
| | BENTON PETERSON |
| *Attorney for Plaintiff* | Assistant United States Attorney |
| | 20 Massachusetts Avenue NW, Room 7132 |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2534 |
| | benton.peterson@usdoj.gov |
| | |
| | *Attorneys for Defendant* |